

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file appellant's brief is GRANTED. Appellant's brief is due March 2, 2022. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court